[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13898

Non-Argument Calendar

_____

SKYE ELLEN MUSSON,

Plaintiff-Appellee,

*versus*

SHALENA COOK JONES,
in her individual and official capacities,

Defendant-Appellant,

CHATHAM COUNTY, GEORGIA, et al.,

Defendants.

2                    Opinion of the Court                    23-13898

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:22-cv-00124-RSB-CLR

_____

Before Wilson, Rosenbaum, and Grant, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Shalena Cook Jones appeals from the district court's order that struck Jones's answer, entered default against her, and awarded Skye Musson all reasonable costs, attorney's fees, and expenses as a sanction for discovery obligations. We lack jurisdiction to review the court's sanction order because it did not determine the amount of costs, attorney's fees, and expenses for which Jones is responsible, and it is therefore not final and appealable. *See* 28 U.S.C. § 1291; *PlayNation Play Sys., Inc. v. Velex Corp.*, 939 F.3d 1205, 1212 (11th Cir. 2019). Additionally, the sanction order is not immediately appealable under the collateral order doctrine because it did not conclusively determine the disputed question of the amount for which Jones is responsible. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1253 (11th Cir. 2014).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.